**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER  13 |
| JENNIFER F. STELLATO | : | |
| Debtors. | : | CASE NO.:  15-11978-elf |
| | : | |
| BANK OF AMERICA, N.A. | : | |
| | : | |
| Movant. | : | |
| and | : | |
| JENNIFER F. STELLATO , | : | |
| and WILLIAM C. MILLER, CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Respondents | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICE AND SERVICE OF PAPERS**

TO:     THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE
        DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1)

and all other applicable law, the undersigned, as counsel of record for Bank of America, N.A., a creditor

of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests

that all notices given or required to be given in this case, and all papers served or required to be served

in this case, be given to and served upon the undersigned at the following office, address and telephone

number:

Kimberly A. Bonner, Esquire
ZUCKER, GOLDBERG & ACKERMAN, LLC
200 Sheffield Street, Suite 101
Mountainside, NJ  07092
(908) 233-8500
Atty File No.: XWA-191804-1

The foregoing request includes not only the notices and papers referred to in the Rules specified above,

but also includes without limitation, orders and notices of any application, motion, petition, pleading,

request, complaint or demand, whether formal or informal, whether written or oral and whether

Zucker, Goldberg & Ackerman, LLC
XWA-191804-1

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or

seek to affect in any way any rights or interest of the Debtor.

ZUCKER, GOLDBERG & ACKERMAN, LLC

By:     **/s/ Kimberly A. Bonner**

Dated:  March 26, 2015

Kimberly A. Bonner, Esquire PA I.D. #89705;
Attorneys for Movant
200 Sheffield Street, Suite 101
Mountainside, NJ  07092
Direct Dial (908) 588-9942; (908) 379-2265 FAX
Email:  kbonner@zuckergoldberg.com

Zucker, Goldberg & Ackerman, LLC
XWA-191804-1