IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jennifer F. Stellato<br>　　　　　　　　　Debtors. | CHAPTER 13<br>CASE NO.: 15-11978-elf |
| Bank of America, N.A.<br>　　　　　　　Secured Creditor<br>and<br>Jennifer F. Stellato,<br>　　　　　　　　　Debtor(s) | |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR(S) AND HIS/HER/THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST

**YOU ARE HEREBY** authorized to substitute the law firm of POWERS KIRN, LLC., as attorneys for Secured Creditor in connection with the above entitled action.

Dated: 10/20/15
Zucker Goldberg & Ackerman, LLC
Withdrawing Attorney(s)

_____
Joel A. Ackerman, Esq. P.A. I.D. #202729
For the Firm
Zucker, Goldberg & Ackerman, LLC
200 Sheffield Street, Ste. 101
Mountainside, NJ 07092
Ph: 908-233-8500
F: 908-379-2293

Dated: 10/20/15
POWERS KIRN, LLC.
Superseding Attorney(s)

_____
For the Firm
Jill Manuel-Coughlin, Esq., PA ID# 63252
Powers, Kirn & Associates, LLC
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053

Zucker, Goldberg & Ackerman, LLC
XWA-191804-1