United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 15-11978-elf
Jennifer F. Stellato                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia                Page 1 of 2                Date Rcvd: Aug 03, 2016
                      Form ID: pdf900              Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
```
db             +Jennifer F. Stellato,    105 Falling Leaf Way,    Lansdale, PA 19446-6328
cr              Capital One NA,    c/o Becket and Lee LLP,    POB 3001,   Malvern, PA  19355-0701
13495085        BAC Home Loans Servicing LP,    18 Tapo Canyon,    Simi Valley, CA  93063
13495088      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America N.A.,     P.O. Box 982236,    El Paso, TX  79998-2235)
13495086       +Bank Of America,    Brian Moynihan, President,    100 N. Tryon St.,    Charlotte, NC 28202-4031
13495087       +Bank Of America,    Brian T. Moynihan, President,    100 North Tryon Street,
                 Charlotte, NC 28202-4031
13495089        Bank Of America N.A.,    Legal Order Processing/Certified Mail,    P.O. Box 15047,
                 Wilmingotn, DE  19850-5047
13495091        Capital One,   Attn: General Correspondence,    P.O. Box 30285,
                 Salt Lake City, UT  84130-0285
13495092       +Capital One Bank,    1680 Capital One Drive,    McLean, VA 22102-3407
13540572        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13495093       +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13495094       +Childrens Place/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13495095       +Citi Bank N.A.,    Cutsomer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13495096        Citibank NA,    P.O. Box 6497,    Sioux Falls, SD  57117-6497
13495097       +Department Store National Bank,    Macys,    P.O. Box 17759,    Clearwater, FL 33762-0759
13495098       +Department Stores National Bank,    Macys,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0432
13522201       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13522200       +Department Stores National Bank For Macys Visa Bra,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13495099        Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA  30374-0256
13495100        Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
                 Allen, TX  75013-2002
13495103       +HSBC Bank USA NA,    P.O. Box 2013,    Buffalo, NY 14240-2013
13495104       +HSBC Best Buy,    P.O. Box 9,    Buffalo, NY 14240-0009
13495101        Home Depot Credit Service,    P.O. Box 9101,    Des Moines, IA  50368-9101
13495102       +Home Depot Credit Services,    THD/Citibank,    4300 Westown Parkway West,
                 Des Moines, IA 50266-1266
13495105       +Innovis Data Solutions,    250 E. Town Street,    COlumbus, OH 43215-4631
13516645       +JH Portfolio Debt Equities LLC,    JD Receivables LLC,    P. O. Box 382656,
                 Germantown, TN 38183-2656
13534193       +Montgomery Township Municipal Sewer Authority,    Robert L. Brant & Associates LLC,
                 c/o Wendy F. McKenna Esq.,    572 West Main Street,    PO Box 26865,    Trappe PA 19426-0865
13605079        New Penn Financial, LLC d/b/a Shellpoint Mortgage,    Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
13495110        Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD  57117-6282
13495113       +Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
13495114        Target National Bank Visa,    P.O. Box 673,    Minneapolis, MN  55440-0673
13495116       +Transunion Corporation,    2 Baldwin Place,    P.O. Box 1000,    Chester, PA 19022-1023
13495117       +Verizon,    Lowell C. McAdam, President,    140 West Street,    New York, NY 10007-2123
13495118       +Verizon,    500 Technology Drive Suite 300,    Weldon Springs, MO 63304-2225
13578595       +Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
13495119       +World Financial Network National Bank,    Comewnity Bank,    1 Righter Parkway Suite 100,
                 Wilmington, DE 19803-1533
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:54      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2016 01:44:45      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:44:39      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13495084       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 04 2016 01:55:44      Asset Acceptance LLC,
                 28405 Van Dyje Avenue,    Warren, MI 48093-7132
13495090       +E-mail/Text: banko@berkscredit.com Aug 04 2016 01:55:24      Berks Credit And Collections, Inc.,
                 P.O. Box 329,    Temple, PA 19560-0329
13495106        E-mail/Text: cio.bncmail@irs.gov Aug 04 2016 01:55:20      Internal Revenue Service,
                 Central Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13495107       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 04 2016 01:55:19      Kohls Department Store,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0313-2          User: Virginia             Page 2 of 2                  Date Rcvd: Aug 03, 2016
                              Form ID: pdf900            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13568281         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2016 01:44:46
                  LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Receivables,
                  Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13495109         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 02:03:52
                  Portfolio Recovery Associates,    120 Corporate Blvd.,    Norflok, VA  23502
13579107         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 01:43:57
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13495108         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:33
                  Pennsylvania Department Of Revenue,    Attn: Bankruptcy Division,    Department 280946,
                  Harrisburg, PA  17128-0946
13504117         E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2016 01:43:59
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13495111        +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:43:55      SYNCB/AMERICAN HONDA,
                  P.O. Box 965036,    Orlando, FL 32896-5036
13495112        +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:43:54      Synchrony Bank,   Formerly GECRB,
                  950 Forrer Blvd.,    Kettering, OH 45420-1469
13495115        +E-mail/Text: crwkflw@firstdata.com Aug 04 2016 01:56:13      Telecheck Services Inc.,
                  5251 Westheimer,    Houston, TX 77056-5499
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Transworld Systems, Inc.
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn    jefdun@gmail.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Jennifer F. Stellato mwglaw@msn.com,
               mwglaw1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JENNIFER F STELLATO                                    Chapter 13

                    Debtor              Bankruptcy No. 15-11978-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 3, 2016**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL WILLIAM GALLAGHER
401 W JOHNSON ST
SUITE 4
NORRITON, PA 19401-

Debtor:
JENNIFER F STELLATO

105 FALLING LEAF WAY

LANSDALE, PA 19446